# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-16172-AMC

RAYMOND PERRY WEEKLEY
KATRINA TAWANDA WEEKLEY
1415 CHERRYWOOD

CLEMENTON, NJ 08021

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RAYMOND PERRY WEEKLEY
    KATRINA TAWANDA WEEKLEY
    1415 CHERRYWOOD

    CLEMENTON, NJ 08021

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 5/31/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee