IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Raymond Perry Weekley | | 17-16172-AMC |
| Katrina Tawanda Weekley | : | |
| Debtors | | |

### CERTIFICATE OF SERVICE of PROOF OF CLAIM

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Proof of Claim, filed on behalf of *Marlin Financial* has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Corinne Samler Brennan on behalf of Franklin Mint FCU
cbrennan@klehr.com

Leon P. Haller on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com

Kevin McDonald on behalf of Pennsylvania Housing Finance Agency and U.S. Bank National Association
bkgroup@kmllawgroup.com

Karina Velter on behalf of Guild Mortgage Company
amps@manleydeas.com


The following creditors have been served by First Class mail:

Lendmark Financial Ser
2118 Usher St Nw
Covington, GA 30014

Marlin Financial
SW 7th Street
Miami, FL 33176


Date: August 9, 2018            /s/ David M. Offen
                                David M. Offen
                                Attorney for Debtor(s)