```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                                         :      CHAPTER 13

    Raymond Perry Weekley
    Katrina Tawanda Weekley          :      No. 17-16172-AMC
      Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Retaining Jurisdiction was served on September 6, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on all secured and unsecured creditors by first class mail.

                                                  /s/ David M. Offen
                                                David M. Offen Esq.
                                                Attorney for Debtor
                                                601 Walnut Street
                                                Suite 160 West
                                                Philadelphia, PA 19106
                                                215-625-9600

09/06/18