United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16172-amc
Raymond Perry Weekley                                           Chapter 13
Katrina Tawanda Weekley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR          Page 1 of 1              Date Rcvd: Sep 05, 2018
                               Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db            #+Raymond Perry Weekley,    MAILING ADDRESS,   1415 Cherrywood,   Clementon, NJ 08021-5716
jdb           #+Katrina Tawanda Weekley,    MAILING ADDRESS,   1415 Cherrywood,   Clementon, NJ 08021-5716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              CORINNE SAMLER BRENNAN   on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,  nharrison@klehr.com
              DAVID M. OFFEN    on behalf of Joint Debtor Katrina Tawanda Weekley dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Raymond Perry Weekley dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KARINA  VELTER   on behalf of Creditor    Guild Mortgage Company amps@manleydeas.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        Chapter 13
                                :
Raymond Perry Weekley           :        No. 17-16172-AMC
Katrina Tawanda Weekley         :
          *Debtors*             :

## ORDER

Upon consideration of the Application for Compensation and

Reimbursement of Expenses for David M. Offen,  Esquire, counsel

for Debtor (the "Application"), and upon Counsel for Debtor

request to retain jurisdiction at the motion to Dismiss hearing

on September 4, 2018, IT IS ORDERED THAT:

1.   The case is dismissed.

2.   Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre
     confirmation Chapter 13 Plan payments held by the
     Chapter 13 Trustee shall not revest in the Debtor or
     any other entity pending further order of this court.

3.   A hearing shall be held on September 25      , 2018 at
     11:00 a.m.   in Bankruptcy Courtroom No. 4, United
     States Court House, 900 Market Street, Philadelphia, PA
     to consider the Application.

4.   Any other party who assets an entitlement to the
     allowance of an administrative expense pursuant to 11
     U.S.C. 503(b) shall file its request with the court and
     serve all creditors in accordance with the applicable
     rules of court no later than five (5) days before the
     hearing date set forth in Paragraph 3 above.

5.   Counsel for Debtor shall serve a copy of this Order on
     all creditors and interested parties and file
     Certification of Service on or before September 12, 2018   .

**Date: September 5, 2018**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

    David M. Offen, Esquire

    Raymond and Katrina Weekley