IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re     Raymond Perry Weekley | ) | Chapter 13 |
|          Katrina Tawanda Weekley | ) | |
|               Debtors | ) | No. 17-16172-AMC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor

Date: 09/28/18